UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 20-01792 |
| PLATINUM PROPERTY HOLDINGS INC ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Timothy Barnes | |
| ) | | |
| Debtor(s) ) | | |

## Order Extending Time for Filing Forms and Schedules

This matter coming to be heard on the Debtor in Possession's Motion to Extend Time for Filing Forms and Schedules, it is hereby ordered that:

1. The Debtor in Possession is given an extension to file Forms and Schedules until February 25, 2020.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 11, 2020

**Prepared by:**

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667