UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-01792 |
| Platinum Property Holdings Incorporated | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ANNULLING STAY

IT IS HEREBY ORDERED THAT:

1. The automatic stay is annulled so that 6PC Justice Lake LLC is not and has not been restrained from pursuing nonbankruptcy remedies with respect to the property located at 5235 W. Lake Street, Chicago, IL.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 10, 2020

**Prepared by:**

J. Cory Faulkner
Ashen|Faulkner
217 N. Jefferson Street, Suite 601
Chicago, IL 60661
(312) 655-0800